# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3105

_____

| | | |
|---|---|---|
| Darlene C. Sammarco, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| State of Minnesota; Michael O'Keefe, | * | |
| Individually and as Commissioner of | * | **[UNPUBLISHED]** |
| Health and Human Services; Michael | * | |
| Hatch, Individually and as | * | |
| Minnesota Attorney General; Judge | * | |
| Edward W. Bearse, Individually and | * | |
| as Anoka County Probate Court Judge; | * | |
| Jim Kordiak, Individually and as Anoka | * | |
| County Board of Commissioners; | * | |
| Daniel Dauth, Individually and as | * | |
| Anoka County Social Services; | * | |
| Judith Krohn, Individually and as | * | |
| Chief Executive Officer of Anoka | * | |
| Regional Treatment Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 25, 2003
Filed:  April 7, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Darlene C. Sammarco (Sammarco) appeals from the district court's[1] dismissal of her claim, purportedly filed pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733 (2000). Having carefully reviewed the record and appellant's brief, we agree with the district court that Sammarco's complaint is barred by res judicata. See Lundquist v. Rice Mem'l Hosp., 238 F.3d 975, 976-77 (8th Cir. 2001) (per curiam).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Joan E. Lancaster, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan Lebedoff, United States Magistrate Judge for the District of Minnesota.